UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| DONALD G. TURNER | CIVIL ACTION NO. 09-cv-0869 |
| VERSUS | JUDGE HICKS |
| ACTAVIS TOTOWA, LLC, ET AL | MAGISTRATE JUDGE HORNSBY |

**MEMORANDUM ORDER**

Defendants removed this case based on an assertion of diversity jurisdiction, so they bear the burden of setting forth facts to establish the citizenship of the parties and the requisite amount in controversy. One of the defendants, Actavis Totowa, LLC describes itself as a Delaware limited liability company with its principal place of business in New Jersey. See Notice of Removal, ¶ 12. That is not an adequate allegation of citizenship for an LLC. See Wright v. JPMorgan Chase Bank, N.A., 2009 WL 854644 (W.D. La. 2009). Defendants are directed to file an Amended Notice of Removal by **June 22, 2009** and set forth the citizenship of the LLC in accordance with the rules discussed in the cited decision.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 2nd day of June, 2009.

MARK L. HORNSBY
UNITED STATES MAGISTRATE JUDGE